## MILLS ET AL. *v.* COWGILL ET AL.

[No. 8,289. Filed March 20, 1914. Rehearing denied May 15, 1914.]

From Grant Circuit Court; *Lemuel W. Royse*, Special Judge.

Action by Henry Mills and others against Carey E. Cowgill and others. From a judgment for defendants, the plaintiffs appeal. *Affirmed.*

*C. W. Watkins, Charles A. Butler, W. F. McNagny* and *J. A. Kersey*, for appellants.
*Wm. A. Ketcham, Lesh & Lesh, Sayre & Hunter* and *Pettit & Switzer*, for appellees.

SHEA, P. J.—This was an action in assumpit by appellants for the balance of deposits made by them in the Bank of North Manchester, a copartnership, of which appellees are the only living members within service of the court. Every question properly presented by the briefs in this case is decided adversely to appellants' contention in the case of *Hornaday* v. *Cowgill* (1913), 54 Ind. App. 631, 101 N. E. 1030. On the authority of that case the judgment in this case is affirmed.